DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN FISCHER,**
Appellant,

v.

**RICHARD DEBRINCAT** and **JASON DEBRINCAT,**
Appellees.

No. 4D19-1031

[November 27, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley, Jr., Judge; L.T. Case No. 50-2009-CA-015835-XXXX-MB (AO).

John M. Jorgensen of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellant.

Barry W. Taylor of Taylor & Taylor Law, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***